**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Thomas S. CONROY, Jr., Respondent.**

**No. 230 Disciplinary Docket No. 3.
Disciplinary Board No. 64 DB 96.**

Supreme Court of Pennsylvania.

June 18, 1996.

### ORDER

PER CURIAM:

AND NOW, this 18th day of June, 1996, there having been filed with this Court by Thomas S. Conroy, Jr., his verified Statement of Resignation dated May 9, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Thomas S. Conroy, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.